FRED S. RADNITZ, Appellant and Respondent, *v.* ELECTRIC POWER AND LIGHT CORPORATION, Respondent and Appellant.

Argued November 18, 1940; decided December 31, 1940.

*Murray L. Jacobs, Copal Mintz* and *Maurice J. Dix* for plaintiff, appellant and respondent.

*Robert H. O'Brien, James P. Murtaugh* and *Benjamin C. Milner* for defendant, respondent and appellant.

Order affirmed, without costs, and questions certified answered in the negative. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.